| | | |
|---|---|---|
| PROB 22 (Rev. 04/24) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* <br> 0971 4:17CR00050-01 JSW |
| | | DOCKET NUMBER *(Rec. Court)* <br> 2:25-cr-00001-JAD-EJY |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT <br> Northern District of California | DIVISION <br> Oakland |
|---|---|---|
| Antwon Graham <br><br> Las Vegas, California | NAME OF SENTENCING JUDGE <br> The Honorable Jeffrey S. White, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM <br> 06/20/2023 | TO <br> 06/19/2026 |

OFFENSE

Count One: 18 U.S.C. §§ 922(g)(1) - Felon in Possession of a Firearm

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Graham is currently being investigated for purchasing money orders with counterfeit $20 bills.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Northern  DISTRICT OF  California

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Nevada  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 26, 2024
*Date*

*/s/ Jeffrey S. White*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF  Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/6/2025
*Effective Date*

*United States District Judge*

Prepared by: /lt

| PROB 22 (Rev. 04/24) | | DOCKET NUMBER *(Tran. Court)* 0971 4:13CR00194-01 JSW |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00001-JAD-EJY |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Northern District of California | DIVISION Oakland |
|---|---|---|
| Antwon Graham | NAME OF SENTENCING JUDGE The Honorable Jeffrey S. White, U.S. District Judge | |
| Las Vegas, California | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 06/20/2023 | TO 06/19/2027 |

OFFENSE

Count Two: 21 U.S.C. §§ 841(a)(1) and 861 - Distribution of Cocaine Base Within 1,000 Feet of a School

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Graham is currently being investigated for purchasing money orders with counterfeit $20 bills.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Northern   DISTRICT OF   California

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Nevada   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 26, 2024
*Date*

*Jeffrey S. White*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/6/2025
*Effective Date*

*United States District Judge*

Prepared by: /lt

**UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM**

RE: Antwon Graham

Case No.: To be assigned

**REQUEST ACCEPTANCE OF TRANSFER OF JURISDICTION**

January 2, 2025

TO:     United States District Judge

On October 7, 2013, Mr. Graham was sentenced to 21 months imprisonment, followed by 6 years of supervised release, for committing the offense of Distribution of Cocaine Base within 1,000 Feet of a School, in the Northern District of California (CR-13-00194-001). On October 3, 2017, he was sentenced to 80 months imprisonment, followed by 3 years of supervised release, for committing the offense of Felon in Possession of a Firearm, also in the Northern District of California (CR-17-0050-001). As a result of his new conviction, this same day, Mr. Graham was revoked in CR-13-00194-001 and sentenced to 12 months imprisonment, followed by 48 months of supervised release. On June 20, 2023, he commenced supervision in the District of Nevada.

Mr. Graham has resided with his cousin in North Las Vegas, Nevada, since his release from imprisonment. It should be noted, his mother also resides in the same community. Mr. Graham has not maintained stable employment throughout supervision, but most of his familial ties are in the District of Nevada.

On October 25, 2024, the undersigned officer was contacted by United States Postal Inspector Francisco J. Garcia (San Francisco Division). Mr. Graham is currently being investigated for purchasing money orders with counterfeit $20 bills. The undersigned officer has since contacted the United States Attorney's Office in the Northern District of California to inquire about new possible criminal charges, based on the conduct stated above. Currently, the undersigned officer has not received a response from their office.

ADDENDUM TO PETITION (Probation Form 12)
RE: Antwon Graham

In light of this possible noncompliance, it is respectfully requested the Court accept jurisdiction of Mr. Graham's case. Should the Court agree with this request, please countersign the attached Probation Form 22 already signed by the Honorable Jeffrey S. White agreeing to relinquish jurisdiction of this case. Should the Court have any questions or concerns, please contact the undesigned officer at (702) 378-0704 or Zachary_warner@nvp.uscourts.gov

                                                      Respectfully submitted,

                                                      _____
                                                      Zachary Warner
                                                      United States Probation Officer

Approved:

_____
Steve M Goldner
Supervisory United States Probation Officer