PROB 22
(Rev. 04/24)

**AMENDED TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
0971 4:17CR00050-01 JSW

DOCKET NUMBER *(Rec. Court)*
2:25-cr-00015-JAD-EJY-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Antwon Graham<br><br>Las Vegas, California | Northern District of California | Oakland |

NAME OF SENTENCING JUDGE
The Honorable Jeffrey S. White, U.S. District Judge

| DATES OF PROBATION/SUPERVISED RELEASE | FROM 06/20/2023 | TO 06/19/2026 |
|---|---|---|

OFFENSE

Count One: 18 U.S.C. §§ 922(g)(1) - Felon in Possession of a Firearm

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Graham is currently being investigated for purchasing money orders with counterfeit $20 bills.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Northern   DISTRICT OF   California

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Nevada   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 26, 2024
*Date*

*Jeffrey S. White*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/28/2025
*Effective Date*

*United States District Judge*

Prepared by:   /lt