RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KAHSSAI
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kahssai@fd.org

Attorney for Antwon Graham

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>ANTWON GRAHAM,<br><br>           Defendant. | Case No. 2:25-cr-00015-JAD-EJY<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and James Joseph Gaeta, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defender, counsel for Antwon Graham, that the Preliminary Hearing currently scheduled on February 10, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. The parties are in negotiations and need additional time to potentially resolve this matter.

2. Defense counsel needs additional time to confer with client on the terms of the negotiations.

3. Defendant is incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 7th day of February, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By /s/ *Aden Kahssai*<br>ADEN KAHSSAI<br>Assistant Federal Public Defender | By *James Joseph Gaeta*<br>JAMES JOSEPH GAETA<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTWON GRAHAM,<br><br>Defendant. | Case No. 2:25-cr-00015-JAD-EJY<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on February 10, 2025 at the hour of 4:00 p.m., be vacated and continued to February 24, 2025, at 4:00 p.m.

DATED this 7th day of February, 2025.

_____
UNITED STATES MAGISTRATE JUDGE