**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANTWON GRAHAM,<br><br>    Defendant. | Case No. 2:25-cr-00015-JAD-EJY<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 11, 2025 at 11:00 a.m., be vacated and continued to March 3, 2025, at the hour of 10:00 a.m.

    DATED this 10th day of February, 2025.

    _____
    UNITED STATES DISTRICT JUDGE