UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTWON GRAHAM<br><br>Defendant. | Case No. 2:25-cr-00015-JAD-EJY<br><br>**ORDER** |

IT IS ORDERED that the Revocation Hearing currently scheduled for March 3, 2025, be vacated and continued March 17, 2025, at the hour of 10:00 a.m.

DATED this 21st day of February, 2025

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

3