UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTWON GRAHAM,<br><br>　　　　Defendant. | Case No. 2:25-cr-00015-JAD-EJY<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 20, 2025 at 11:00 a.m., be vacated and continued to March 24, 2025 at the hour of 11:00 a.m.

　　DATED this 17th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE

3