RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for ANTWON GRAHAM

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTWON GRAHAM,

Defendant.

Case No. 2:25-cr-00001-JAD-EJY
2:25-cr-00015-JAD-EJY

**STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING**
(First Request)

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender RICK MULA, counsel for ANTWON GRAHAM and Acting Attorney General TODD BLANCHE, Assistant United States Attorney DANIEL J. COWHIG, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for August 3, 2026, at 11:00 AM, be vacated and continued to a date and time convenient to this Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity

of counsel and the effective assistance of counsel.

3. The defendant is detained and consents to the continuance.

4. The parties agree to the continuance.

5. This is the first request for a continuance of the revocation of supervised release hearing.

DATED this 23rd day of July, 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/ Rick Mula*
RICK MULA
Assistant Federal Public Defender
Counsel for ANTWON GRAHAM

TODD BLANCHE
Acting Attorney General

By */s/ Daniel J. Cowhig*
DANIEL J. COWHIG
Assistant United States Attorney
Counsel for the Government

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for August 3, 2026, at 11:00 AM, be vacated and continued to September 2, 2026, at the hour of 11:00 A.M.

DATED this 24th day of July, 2026.

______________________________
UNITED STATES DISTRICT JUDGE